# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 10-3010**                                        **September Term 2011**

**1:08-cr-00268-RBW-1**

**Filed On:** April 23, 2012

United States of America,

       Appellee

    v.

Ian Fitzroy Watson,

       Appellant

## O R D E R

Upon consideration of the motion of the Federal Public Defender for leave to withdraw as counsel for appellant and for appointment of new counsel, it is

**ORDERED** that the motion be granted, and that the appearance of the Federal Public Defender as counsel for appellant be terminated. It is

**FURTHER ORDERED** that

> Edward C. Sussman, Esq.
> Law Office of Edward Sussman
> 601 Pennsylvania Avenue, NW
> Suite 900 - South Building
> Washington, DC 20004,

a member of the bar of this Court, be appointed as successor counsel for appellant. It is

**FURTHER ORDERED** that the following revised briefing schedule will now apply:

| | |
|---|---|
| Appellant's Brief | June 22, 2012 |
| Appendix | June 22, 2012 |
| Appellee's Brief | July 23, 2012 |
| Appellant's Reply Brief | August 6, 2012 |

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 10-3010**                                        **September Term 2011**

      The Clerk is direct to transmit a copy of this order to the Office of the Federal Public Defender. The Federal Public Defender is directed to transmit all papers in his possession and any transcripts prepared for appellant under the Criminal Justice Act to newly-appointed appellate counsel as promptly as possible.

 

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Amy Yacisin
       Deputy Clerk