# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 10-3010                                             September Term, 2012

FILED ON: JUNE 4, 2013

UNITED STATES OF AMERICA,
          APPELLEE

v.

IAN FITZROY WATSON,
          APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:08-cr-00268-1)

Before: HENDERSON, TATEL and KAVANAUGH, *Circuit Judges*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

BY:      /s/
          Jennifer M. Clark
          Deputy Clerk

Date: June 4, 2013

Opinion for the court filed by Circuit Judge Henderson.